IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CURTIS LEE PITMAN | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv166 |
| SHERIFF, ORANGE COUNTY JAIL | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Curtis Lee Pitman, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge.  The Magistrate Judge recommends that the petition be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Proper notice was given to petitioner at his last known address.  *See* FED. R. CIV. P. 5(B)(2)(C).  The copy of the Report and Recommendation sent to petitioner was returned with a notation indicating petitioner has been released.  Petitioner has failed to provide the Court with a new address, in contravention of Local Rule CV-11(d).  No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 9th day of July, 2020.**

Michael J. Truncale
United States District Judge